■ Christine Loder, Individually and as Administratrix of the Estate of Tia Elizabeth Burns, Deceased, Appellant, v Michael Greco et al., Respondents, et al., Defendant. (Appeal No. 2.) [773 NYS2d 651]—Appeal from a judgment (denominated order and judgment) of the Supreme Court, Erie County (David J. Mahoney, J.), entered December 24, 2002. The judgment dismissed the complaint against defendants Michael Greco and Airborne Freight Corp. upon a jury verdict.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed without costs.

Same memorandum as in *Loder v Greco* (5 AD3d 978 [2004]). Present—Pigott, Jr., P.J., Pine, Hurlbutt, Kehoe and Hayes, JJ.